ALPERS v. SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO.

No. 9381; August 14, 1884.

4 Pac. 504.

**Certiorari.—Actions on Contract, Commenced in the Justice's Court** and appealed to the superior court, are within the jurisdiction of those courts, and therefore not subject to review on certiorari.

Application for writ of review.

R. P. Wright for petitioner.

By the COURT.—This is an application for a writ of review. The action, commenced in the justice's court and appealed to the superior court, was upon a contract, and those courts had jurisdiction. Application denied and proceeding dismissed.